```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WEBB'S CANDIES, INC., Individually,              Case No. 08 CIV 382 (PKS)(MHD)
and on behalf of a class of all those similarly situated,    AFFIDAVIT OF SERVICE

                        Plaintiffs,

        -against-

CADBURY ADAMS CANADA, INC., et al.,
                        Defendants.
----------------------------------------X
                         S.S.:
DISTRICT OF COLUMBIA    )
```

    __Robert Proffitt__, being duly sworn deposes and says that he/~~she~~ is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the __18th__ day of January, 2008, at approximately __2:20__ ~~a.m.~~/p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice Rules of Judge Castel, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction [Blank Form], Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon Mars, Incorporated at 6885 Elm Street, McLean, Virginia by personally delivering and leaving the same with __Marvin McHat__, who informed deponent that he/~~she~~ holds the position of __Officer__, is authorized to accept service at that address.

    __Marvin McHat__ is a __Asian__ __male__ approximately ____ years of age, stands approximately __5__ feet, __8__ inches tall, weighs approximately __180__ pounds with __black__ hair and __n/a__ eyes.

Sworn to before me this
23rd day of January, 2008.

_[signature]_  
PROCESS SERVER

_[signature: Angela H. Croson]_  
NOTARY PUBLIC

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
WEBB'S CANDIES, INC., Individually,          Case No. 08 CIV 382 (PKS)(MHD)
and on behalf of a class of all those similarly situated,
                                             AFFIDAVIT OF SERVICE
                    Plaintiffs,

       -against-

CADBURY ADAMS CANADA, INC., et al.,
                    Defendants.
---------------------------------------X
STATE OF CALIFORNIA  )
                          s.s.:
COUNTY OF ORANGE     )
```

_Fred Sloan_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _18_ day of January, 2008, at approximately _2:05 pm_ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice Rules of Judge Castel, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction [Blank Form], Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon Nestle USA, Inc. at 800 North Brand Boulevard, Glendale, California by personally delivering and leaving the same with _Angela Bailey_, who informed deponent that he/she holds the position of _authorized agent, legal dept_, is authorized to accept service at that address.

_Angela Bailey_ is a _white_ _female_ approximately _35_ years of age, stands approximately _5_ feet, _7_ inches tall, weighs approximately _160_ pounds with _dk. brn_ hair and _brown_ eyes.

State of California, County of Orange
Subscribed & sworn to (or affirmed) Before me this _22_ day of January, 2008, by _Fred Sloan_, personally known to me to be the person who appeared before me.

_____          _____
PROCESS SERVER                     NOTARY PUBLIC

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WEBB'S CANDIES, INC., Individually,              Case No. 08 CIV 382 (PKS)(MHD)
and on behalf of a class of all those similarly situated,    AFFIDAVIT OF SERVICE

                           Plaintiffs,

     -against-

CADBURY ADAMS CANADA, INC., et al.,
                           Defendants.
----------------------------------------X
STATE OF NEW JERSEY )
                    s.s.:
COUNTY OF SOMERSET  )
```

_Charles Tedesco_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the __18__ day of January, 2008, at approximately __11:40__ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice Rules of Judge Castel, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction [Blank Form], Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon Mars Snackfoods U.S.A. LLC at 800 High Street, Hackettstown, New Jersey by personally delivering and leaving the same with __Kelly Carpenter__, who informed deponent that he/she holds the position of __Human Resources Manager__ is authorized to accept service at that address.

__Kelly Carpenter__ is a __white female__ approximately __40's__ years of age, stands approximately __5__ feet, __6__ inches tall, weighs approximately __160__ pounds with __brown__ hair and _____ eyes.

Sworn to before me this __18__ day of January, 2008.

PROCESS SERVER

KAREN LEE SWICKLE
Notary Public, State of New Jersey
Commission Expires January 7, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WEBB'S CANDIES, INC., Individually,                Case No. 08 CIV 382 (PKS)(MHD)
and on behalf of a class of all those similarly situated,   AFFIDAVIT OF SERVICE

                        Plaintiffs,

    -against-

CADBURY ADAMS CANADA, INC., et al.,
                        Defendants.
----------------------------------------X
STATE OF NEW JERSEY )
                    s.s.:
COUNTY OF SOMERSET  )

   Charles Tedesco, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 18 day of January, 2008, at approximately 11:40 a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice Rules of Judge Castel, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction [Blank Form], Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon Mars North America at 800 High Street, Hackettstown, New Jersey by personally delivering and leaving the same with Kelly Carpenter, who informed deponent that he/she holds the position of Human Resources Manager, is authorized to accept service at that address.

   Kelly Carpenter is a white female approximately 40's years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 160 pounds with Brown hair and _____ eyes.

                                        Sworn to before me this
                                        18 day of January, 2008.

_____                 _____
PROCESS SERVER                          KAREN LEE SWICKLE
                                        Notary Public, State of New Jersey
                                        Commission Expires January 7, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
WEBB'S CANDIES, INC., Individually,         Case No. 08 CIV 382 (PKS)(MHD)
and on behalf of a class of all those similarly situated,
                                            AFFIDAVIT OF SERVICE

                    Plaintiffs,

        -against-

CADBURY ADAMS CANADA, INC., et al.,
                    Defendants.
------------------------------------------x
COMMONWEALTH OF PENNSYLVANIA )
                             s.s.:
DISTRICT OF DAUPHIN          )

_John Shinkowsky_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the _18th_ day of January, 2008, at approximately _3:29_ a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint with Jury Demand, Rule 7.1 Statement, Civil Cover Sheet, Individual Practice Rules of Judge Castel, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction [Blank Form], Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003, 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 and the Individual Practice Rules of Magistrate Judge Dolinger upon The Hershey Company at 100 Crystal A Drive, Hershey, Pennsylvania by personally delivering and leaving the same with _Diane Kamp_, who informed deponent that he/she holds the position of _Legal Assistant_, is authorized to accept service at that address.

_Ms. Diane Kamp_ is a _white female_ approximately _38_ years of age, stands approximately _5_ feet, _7_ inches tall, weighs approximately _150_ pounds with _brown_ hair and _unknown color_ eyes.

                                Sworn to before me this
                                _23_ day of January, 2008.

_____         _____
PROCESS SERVER                  NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DONNA M. WIERMAN, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires July 28, 2009