UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEBB'S CANDIES, INC., individually and on behalf of a class of all those similarly situated,<br><br>        Plaintiff,<br><br>- vs. -<br><br>CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INCORPORATED, MARS NORTH AMERICA, MARS SNACKFOODS U.S.A. LLC, NESTLE CANADA INC., NESTLE S.A., NESTLE USA, INC., AND ITWAL LTD.<br><br>        Defendants. | Case No.: 08 CV 00382<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants The Hershey Company

I certify that I am admitted to practice in this court.

Dated: February 12, 2008

              s/ *(signature)*
              Craig S. Primis (CP-5017)
              KIRKLAND & ELLIS LLP
              655 Fifteenth Street NW
              Washington, D.C. 20005
              Telephone: (202) 879-5000
              Facsimile: (202) 879-5200

              *Attorney for The Hershey Company*