UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
WEBB'S CANDIES, INC., individually and on                            :   08 CV 00382 (PKC)
behalf of a class of all those similarly situated,                   :
                                                                     :   ECF CASE
                        Plaintiffs,                                  :
                                                                     :   **NOTICE OF APPEARANCE**
            v.                                                       :
                                                                     :
CADBURY ADAMS CANADA, INC., et al.,                                  :
                                                                     :
                        Defendants.                                  :
                                                                     :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Michael R. Huttenlocher hereby appears as counsel for the defendant, Mars Incorporated, Mars North America, and Mars Snackfoods U.S.A. LLC ("Mars") in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       February 14, 2008

McDERMOTT WILL & EMERY LLP

By: _____
    Michael R. Huttenlocher

340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Defendants Mars*