Service of Process by



APS International, Ltd.
1-800-328-7171
CivilActionGroup.com

APS File: 251602-6

ebb's Candies, Inc., et. al., Plaintiff(s)
vs.
adbury Adams Canada, Inc., et. al., Defendant(s)

aw Firm Requesting Service:
COHEN, MILSTEIN, ET AL
Ms. Donna Chevannes
150 E 52nd St., 30th Fl.
New York, NY 10022

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

--Cadbury Schweppes plc
Court Case No. 08 CV 00382

| | |
|---|---|
| ame of Server: | **Craig Hampton**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| ate/Time of Service | that on **08-Feb-2008 04:00 pm** |
| ace of Service: | **25 Berkely Square, London W1J 6HB, England** |
| ocuments Served: | the undersigned served the documents described as: Summary of the Document to be Served, Rule 7.1 Statement, Civil Cover Sheet, Summons in a Civil Action with attached List of Defendants, Individual Practices of Judge P. Kevin Castel, Civil Case Management Plan and Scheduling Order, Judge Castel ECF Notice, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Proceed Before United States Magistrate Judge, Right to Proceed Before a United States Magistrate Judge, Class Action Complaint |
| ervice of Process on, erson Served, and ethod of Service: | A true and correct copy of the aforesaid document(s) was served on: **Cadbury Schweppes plc** By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is **John Mills, Director of Group Secretariat** |
| escription of erson Receiving ocuments: | The person receiving documents is described as follows: Sex **M** ; Skin Color **WHITE** ; Hair Color ____ ; Facial Hair **N/A** Approx. Age **40** ; Approx. Height **5'09"** ; Approx. Weight **—** ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| gnature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. *C Hampton* Signature of Server | Subscribed and sworn to before me this **29** day of **February**, 2008 ____ (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

ANDREW M JACKSON
NOTARY PUBLIC
55/56 QUARRY STREET
GUILDFORD GU1 3UE
Surrey England
fo: 177:2: 06932