UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WEBB'S CANDIES, INC.,** individually and on behalf of a class of all those similarly situated,<br><br>         Plaintiff,<br><br> - vs. -<br><br>**CADBURY ADAMS CANADA, INC., CADBURY SCHWEPPES PLC, HERSHEY CANADA INC., THE HERSHEY COMPANY, MARS CANADA INC., MARS, INCORPORATED, MARS NORTH AMERICA, MARS SNACKFOODS U.S.A. LLC, NESTLE CANADA INC., NESTLE S.A., NESTLE USA, INC., AND ITWAL LTD.**<br><br>         Defendants. | Case No.:  08 CV 00382 (KPC)<br><br>**RULE 7.1 DISCLOSURE**<br><br>ECF CASE |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for The Hershey Company ("Hershey") states that (a) Hershey has no parent corporation, and (b) no publicly held corporation owns 10 percent or more of Hershey's stock.

Dated:  March 12, 2008

            s/
            Craig S. Primis (CP-5017)
            KIRKLAND & ELLIS LLP
            655 Fifteenth Street NW
            Washington, D.C.  20005
            Telephone: (202) 879-5000
            Facsimile: (202) 879-5200

            *Attorney for The Hershey Company*